UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANNA SMITH** | * | **CIVIL ACTION: 14-1150** |
| | * | |
| **VERSUS** | * | **SECTION: "B"** |
| | * | |
| **ANTHONY L. WHITE, ET AL** | * | **MAGISTRATE: 3** |

*******************************************

**MOTION FOR LEAVE TO ALLOW PROPOUNDING OF INTERROGATORIES IN EXCESS OF 25 AS ALLOWED BY FRCP 33(a)(1) AND LR 33.1 WITH CONSENT SOUGHT BUT NOT YET OBTAINED**

NOW INTO COURT, through undersigned counsel, come **ANNA SMITH**, who, with respect represents that:

1.

This matter removed to federal court after the plaintiff alleged arbitrary and capricious behavior in an amending petition.

2.

To prove an arbitrary and capricious claim, the plaintiff seeks to discover what the defendant knows, what discovery information does the defendant have and when the defendant gained the knowledge and the information in which the defendant made its decisions upon.

3.

Rule 33(a)(1) of the Federal Rules of Civil Procedure states that "unless otherwise stipulated or ordered by the court, a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts. Local Rule 33.1 of the United States District Court for the Eastern District of Louisiana states that  "Before serving more than 25

interrogatories, the discovering party must file a motion for leave setting forth the proposed additional interrogatories and the reasons for their use."

4.

Because of the number of discovery questions of what, when, where and how long has the defendant had the information that they used to base their decisions on in this case, it is impossible to comply with the mandates of Rule 33 of the Federal Rules of Civil Procedure and Rule 33.1 of the Local Rules of the Eastern District of Louisiana, which prohibit the propounding of interrogatories in excess of 25, since there must be four subparts of a single interrogatory would exceed the statutory limits of interrogatories.

7.

Pursuant to Rule 33(a)(1) of the Federal Rules of Civil Procedure and Rule 33.1 of the Local Rules of the Eastern District of Louisiana, the Plaintiff seeks leave of this Court to allow her to propound interrogatories in excess of the statutory limit, which interrogatories are attached hereto as Exhibit P-1.

8.

Consent to answer the additional interrogatories has been sought from the defendant, but no response has been obtained.

WHEREFORE, **ANNA SMITH**, PRAYS that:

I.	This Motion for Leave be Granted; and

II.	The Plaintiff be permitted to propound interrogatories in excess of the statutory limit, which interrogatories are attached hereto as Exhibit P-1.

THE PLAINTIFF FURTHER PRAYS for all orders and decrees necessary in the premises, and for full, general and equitable relief.

Respectfully submitted:

THE GLENDENING LAW FIRM, LLC

__/s/ Scott Glendening_____
SCOTT GLENDENING, Bar No: 28049
1704 N. Starrett Rd.
Metairie, LA. 70003
Telephone:(504)467-3721
Fax::(504)467-0672
E-Mail: Sglendening@hotmail.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel, Kevin O'Bryon and Alex Cobar via email and/or the CM./ECF system on August 22, 2014.

____/s/ Scott Glendening_____